IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

15-cr-415-MSK-GPG
Date: January 27, 2016

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. ANGEL GUZMAN-GUTIERREZ**
2. LEONEL OLAGUEZ-CABRALES
3. AREVALO PORTILLO SERGIO-ENRIQUE
4. JOSE ELENO RODARTE-GARCIA
5. JUAN MEJIA-VASQUEZ
6. EDUARDO ARIES-TORRES,

Defendants.

## ORDER

Motion to Continue by defendant (1)- **Angel Guzman-Gutierrez** is GRANTED.

Change of Plea set for February 2, 2016 is vacated and re set for **March 16, 2016 at 1:30 p.m.** before Magistrate Judge Gordon P. Gallagher.

Dated this 27th day of January, 2016.

BY THE COURT:

Gordon P. Gallagher
MAGISTRATE JUDGE